B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **SH Distribution, Inc. f/k/a Safehands, Inc.**,    Case No. _____

Debtor

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 2,149,092.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 0.00 | | |
| | | | Total Liabilities | 2,149,092.49 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **SH Distribution, Inc. f/k/a Safehands, Inc.**   ,          Case No. _____

                                                    Debtor

                                                                              Chapter            **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re  **SH Distribution, Inc. f/k/a Safehands, Inc.**  ,   Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **SH Distribution, Inc. f/k/a Safehands, Inc.**, Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Action Brokerage Consultants**<br>**528 Northlake Boulevard**<br>**Suite 1032**<br>**Altamonte Springs, FL 32701** | | - | | | | | 4,000.00 |
| Account No.<br>**Albert King**<br>**267 West Holly Creek Road**<br>**Dalton, GA 30721** | | - | 66,666 shares | | | | 100,000.00 |
| Account No. **xxxxxxxxxxxxxxxxXXMB**<br>**Arminak & Associates, Inc.**<br>**c/o Joel B Blumberg**<br>**200 Butler Street, Suite 307**<br>**West Palm Beach, FL 33407** | | - | | | | | 40,000.00 |
| Account No.<br>**Betty Henley**<br>**1932 Rena Lane**<br>**Dalton, GA 30720** | | - | 15000 shares | | | | 15,000.00 |

__6__ continuation sheets attached

Subtotal (Total of this page)　　**159,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SH Distribution, Inc. f/k/a Safehands, Inc.**,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cathy Amos**<br>**103 Foster Road**<br>**Dalton, GA 30720** | | - | **20,000 shares**<br>**33,328 options** | | | | **25,000.00** |
| Account No.<br><br>**Causby Co**<br>**6563 Bayfront Drive**<br>**Pompano Beach, FL 33063** | | - | **10000 options** | | | | **Unknown** |
| Account No.<br><br>**Dan Sheehan**<br>**2310 Brenthaven Crossing Court**<br>**Lutz, FL 33558** | | - | | | | | **45,000.00** |
| Account No.<br><br>**David King**<br>**137 Broad Street**<br>**sheville, NC 28881** | | - | **20,000 options** | | | | **Unknown** |
| Account No.<br><br>**Draco**<br>**716 S Bon View Avenue**<br>**Ontario, CA 91761** | | - | | | | | **19,000.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **89,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **SH Distribution, Inc. f/k/a Safehands, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ECEG 1<br>117 West Crawford Street<br>Peachtree City, GA 30270 | - | | **331,927 shares** | | | | **250,000.00** |
| Account No. **xxxx xx 3107**<br><br>GOJO Industries, Inc.<br>One GOJO Plaza<br>Suite 500<br>Akron, OH 44311 | - | | | | | | **Unknown** |
| Account No.<br><br>Highside Investments, Inc.<br>c/o Dean Mead, PA<br>attn: Christopher R. D'Amico<br>800 North Magnolia Avenue, Suite 1500<br>Orlando, FL 32803 | - | | | | | | **621,000.00** |
| Account No. **xx-0239**<br><br>Hydrox Laboratories<br>c/o Lee B. Gartner, Esq.<br>5561 University Drive, Suite 103<br>Pompano Beach, FL 33067 | - | | | | | | **13,309.33** |
| Account No.<br><br>International Business Development Serv.<br>c/o Dan Sheehan<br>2310 Brenthaven Crossing Court<br>Lutz, FL 33558 | - | | | | | | **45,000.00** |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **929,309.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SH Distribution, Inc. f/k/a Safehands, Inc.**,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jules Crawford<br>787 Redd Road<br>Dalton, GA 30720 | | - | **84,790 shares**<br>**41,660 options** | | | | 60,000.00 |
| Account No.<br><br>Michael H. Johns<br>2708 Meadow Lake Dr., SW<br>Graysville, GA 30726 | | - | **25,000 shares** | | | | 25,000.00 |
| Account No.<br><br>Patricia Silvers<br>4562 Keith Road<br>Ringgold, GA 30736 | | - | **20,000 shares**<br>**33,328 options** | | | | 25,000.00 |
| Account No.<br><br>Peggy Causby<br>787 Redd Road<br>Dalton, GA 30720 | | - | **12,500 shares**<br>**12,500 options** | | | | 10,375.00 |
| Account No. **xxx0011**<br><br>Procon Management Services, Inc.<br>4613 North University Drive, Suite 222<br>Pompano Beach, FL 33067 | | - | | | | | 40,480.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **160,855.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SH Distribution, Inc. f/k/a Safehands, Inc.**  ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Randy Mostellar**<br>**789 Reed Road**<br>**Dalton, GA 30720** | - | | **25000 shares** | | | | 25,000.00 |
| Account No.<br><br>**Ron Geguzys**<br>**50 Shoreline Circle**<br>**Sanford, FL 32771** | - | | | | | | 50,000.00 |
| Account No.<br><br>**Ron Macinnis**<br>**5019 Shoreline Circle**<br>**Sanford, FL 32771** | - | | | | | | 50,000.00 |
| Account No.<br><br>**Sysco Boston**<br>**380 South Worcester Stree**<br>**Norton, MA 02766** | - | | | | | | 15,000.00 |
| Account No. **xxxxx0536**<br><br>**Sysco Central Florida, Inc**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | - | | | | | | 6,647.50 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **146,647.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **SH Distribution, Inc. f/k/a Safehands, Inc.**,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xx3324**<br><br>**Sysco Food Services-West Coast FL Inc.**<br>**c/o McKay Law Firm, PA**<br>**attn Scott McKay**<br>**2055 Wood Street, Suite 120**<br>**Sarasota, FL 34237** | - | | | | | | 18,751.30 |
| Account No.<br><br>**Sysco Portland**<br>**26250 Southwest Parkway Center Drive**<br>**Wilsonville, OR 97070** | - | | | | | | 3,549.49 |
| Account No.<br><br>**Sysco Seattle**<br>**22820 54th Avenue**<br>**Kent, WA 98032** | - | | | | | | 2,916.15 |
| Account No.<br><br>**Tech2Door**<br>**732 NW 42nd Way**<br>**Deerfield Beach, FL 33442** | - | | | | | | 322.50 |
| Account No.<br><br>**Ted Poitras**<br>**c/o Dean Mead, PA**<br>**attn: Christopher R. D'Amico**<br>**800 North Magnolia Avenue, Suite 1500**<br>**Orlando, FL 32803** | - | | | | | | 621,000.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  646,539.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **SH Distribution, Inc. f/k/a Safehands, Inc.**, Case No. _____
              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**United Fulfillment Solutions, Inc.**<br>**423 Bussen Undergroun Rd**<br>**Saint Louis, MO 63129** | - | | | | | | **11,086.22** |
| Account No.<br>**United Visual Products**<br>**c/o Jason Rotzenberg**<br>**ICM Corp**<br>**500 W Oklahoma Avenue**<br>**Milwaukee, WI 53207** | - | | | | | | **6,655.00** |
| Account No. **Safehands, Inc.**<br>**US Foods**<br>**125 Fort Mill Parkway**<br>**Fort Mill, SC 29715** | - | | | | | | **Unknown** |
| Account No.<br>**Wayne King**<br>**308 Lake View Drive**<br>**Dalton, GA 30721** | - | | **100000 options** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **17,741.22**

Total (Report on Summary of Schedules)  **2,149,092.49**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **SH Distribution, Inc. f/k/a Safehands, Inc.**   Case No.
Debtor(s)   Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Founder of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature   **/s/ Dr. Jay Reubens**
**Dr. Jay Reubens**
**Founder**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.