

**ORDERED in the Southern District of Florida on July 17, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

SH Distribution, Inc. f/k/a Safehands, Inc.         Case No.: 12-24321-PGH

              Debtor.                      Chapter 7
_____/

### ORDER GRANTING CONSOLIDATED OBJECTION TO CLAIMS

**THIS MATTER** came before the Court upon SH Distribution, Inc. f/k/a Safehands, Inc.'s *Consolidated Objection to Claims* (the "Objection") [ECF No. 27] and Jay Reubens' Joinder to same [ECF No. 28], and the *Certificate of No Response and Request for Entry of an Order Regarding the Consolidated Objection to Claims as it Relates to Proof of Claim No. 5 of Sysco Food Service* (the "**Certificate of No Response**") [ECF No. 34]. Having reviewed the Objection and the Certificate of No Response, finding that the Objection is fair and reasonable, and the Court being otherwise fully advised in the premises, it is hereby:

      **ORDERED AND ADJUDGED:**

      1.      The Objection is **GRANTED** as to proof of claim no. 5 of Sysco Food Services.

    2.       Proof of Claim No. 5 of Sysco Food Services is disallowed and stricken in its entirety.

    3.       The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**SUBMITTED BY:**
Philip J. Landau, Esq.
Counsel for Jay Reubens
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

Copy to: Philip J. Landau, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Landau is directed to serve a copy of this Order upon all interested parties.]

{1768/000/00194964}    2