UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

SH DISTRIBUTION, INC.  Case No. 12-24321-BKC-PGH
f/k/a SAFEHANDS, INC.,  Chapter 7
                          Debtor    /

---

# FINAL FEE APPLICATION OF MICHAEL A. BORKOWSKI, CPA AND AHEARN JASCO + COMPANY, P.A. AS ACCOUNTANTS FOR CHAPTER 7 BANKRUPTCY TRUSTEE, NICOLE TESTA MEHDIPOUR, OF DEBTORS, SH DISTRIBUTION INC. f/k/a SAFEHANDS, INC.

---

1. Name of Applicant: Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A.

2. Role of Applicant: Accountants for Chapter 7 Bankruptcy Trustee

3. Name of Certifying Professional: Michael A. Borkowski, CPA

4. Date Case Filed: June 12, 2012 (D.E. #1)

5. Date of Application for Employment: March 19, 2014 (D.E. #51)

6. Date of Order Approving Employment: April 3, 2014 (D.E. #52)

7. Date of Disclosure of Compensation Form: N/A

8. Date of this Application: June 13, 2014

9. Date of Services Covered: March 18, 2014 – May 30, 2014

10. Amount Trustee has on hand: $74,789.34

**Fees...**

| | | |
|---|---|---|
| 11. Total fee requested for this period (Exhibit 1) | $ | 3,385.00 |
| 12. Balance remaining in fee retainer account, not yet awarded | $ | 0.00 |
| 13. Fees paid or advanced for this period, by other sources | $ | 0.00 |
| **14. Net amount of fee requested for this period** | **$** | **3,385.00** |

**Expenses...**

15. Total expense reimbursement requested for this period (Exhibit 2)   $ 149.43
16. Balance remaining in expense retainer account, not yet received   $ 0.00
17. Expenses paid or advanced for this period, by other sources   $ 0.00
18. **Net amount of expense reimbursements requested for this period**   $ 149.43

19. **Gross award requested for this period (#11 + #15)**   $ 3,534.43

20. **Net award requested for this period (#14 + #18)**   $ 3,534.43

21. **If Final Fee Application, amounts of net awards requested in interim Applications, but not previously awarded**   $ N/A

22. **Final fee and expense award requested**   $ 3,534.43

History of Fees and Expenses

1. Date, sources, and amounts of retainers received:   None
2. Date, sources, and amounts of third party payments received:   None
3. Prior fee and expense awards:   None

## FEE APPLICATION

Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A. ("Ahearn Jasco" or the "Applicant"), as accountants to the Chapter 7 Bankruptcy Trustee, Nicole Testa Mehdipour ("Trustee"), for the Debtor, SH Distribution Inc. f/k/a Safehands, Inc., applies for final compensation for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The Exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional Time
Exhibit "2" – Summary of Requested Reimbursement of Expenses
Exhibit "3" – The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee of $3,385.00 for 16.2 hours worked, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as more fully discussed hereinafter.

## I. SUMMARY OF AHEARN JASCO'S EFFORTS

1) The Trustee retained Ahearn Jasco in order to assist in the filing of any federal and state tax returns, as applicable. As discussed in further detail throughout this Fee Application and shown on the time entries attached as Exhibit 3, Ahearn Jasco most significant efforts related to the Debtors are as follows:

   a. *Tax Issues*: Ahearn Jasco was responsible for preparing the 2010 - 2013 Form 1120 – *U.S. Corporate Income Tax Return* as well as Form F-1120 – *Florida Corporate Income Tax Return*. In order to accurately report the income and expenses of the Debtor, the Applicant had to research the nature of certain transactions, the property involved, and the implication to the estate.

   | | |
   |---|---|
   | *Total Hours* | *14.5* |
   | *Total Fees Requested* | *$3,000.50* |
   | *Blended Hourly Rate* | *$206.94* |

2) Ahearn Jasco respectfully submits that it's efforts during the administration of the case have assisted the Trustee in winding down the affairs of the Debtor.

## II. RELIEF REQUESTED

3) By way of this Fee Application, Ahearn Jasco seeks a final award of accounting fees in the amount of $3,385.00 for services rendered and expenses of $149.43 throughout the case, for which no previous application has been made.

## III. FACTORS TO BE CONSIDERED

### A. The Time and Labor Required

4) The time records and detail of services rendered as shown in Exhibit 3, demonstrate that Ahearn Jasco has dedicated 16.2 hours of time to serving the Trustee. All time has been broken down by category and professional pursuant to the Guidelines.

### B. The Novelty and Difficulty of the Services Rendered

5) Ahearn Jasco's experience with tax preparation of estates and trusts as well as a general understanding of the bankruptcy process enabled the Applicant to timely and efficiently perform the necessary work needed to administer the estate.

### C. The Skill Requisite to Perform the Services Properly

6) In order to properly serve the Debtor, Ahearn Jasco had to utilize it's judgment, knowledge, and experience in the field of bankruptcy and estate and trust tax accounting.

### D. The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case

7) The commitment of time and resources in this case required the professionals and paraprofessionals of Ahearn Jasco to devote significant hours thereby reducing the amount of hours available to service other clients. However, acceptance of this engagement has not precluded Ahearn Jasco from any other employment opportunities to date.

### E. The Customary Fee

8) The rates charged by Ahearn Jasco as set forth in Exhibit 3 are within the range charged by accountants in the Southern District of Florida of similar skill and knowledge and are the usual and customary rates charged for both debtor and non-debtor clients. Ahearn Jasco respectfully submits that the overall blended hourly rate of $208.95, including professionals and paraprofessionals, compares favorably to rates customarily charged within the district for cases of similar size and nature.

### F. Whether the Fee is Fixed or Contingent

9) The fee charged is based upon hourly rates pursuant to § 330 of the Bankruptcy Code. All fees are contingent based upon Court approval and, specific to this case, the recovery of assets able to pay administrative claims.

### G. Time Limitations Imposed by the Client or Other Circumstances

10) Ahearn Jasco was not imposed any time restrictions, but Ahearn Jasco respectfully submits to this Court that the work performed throughout this case has been handled in the most economical and efficient manner available in an effort to benefit the estate.

### H. The Experience, Reputation, and Ability of the Professional

11) Ahearn Jasco is a well established public accounting firm which has been serving it's clients for over 30 years in the South Florida area, specializing in corporate and individual taxation, auditing, mergers and acquisitions, litigation support, and bankruptcy. The shareholders of Ahearn Jasco have served on the board of several public companies, have been designated to numerous fiduciary roles for both it's clients and third parties, and continue to demonstrate the utmost ability in servicing it's clients. The quality of work and reputation throughout the community attests to the experience, reputation, and ability of Ahearn Jasco.

### I. The Undesirability of the Case

12) Ahearn Jasco did not find it undesirable to work with the Trustee on this case. Her precise requests and open communication made it very desirable to continue the professional arrangement.

### J. The Nature and Length of the Professional Relationship of the Client

13) The nature and relationship of Ahearn Jasco and Nicole Mehdipour, as Chapter 7 Bankruptcy Trustee of the Debtor, extends only as far as of the date of Ahearn Jasco's employment in this case.

### K. Awards in Similar Cases

14) The amount applied for Ahearn Jasco is reasonable in terms of awards in cases of similar sizes, nature, and results obtained. The fees requested by Ahearn Jasco fall within the Guidelines of the Bankruptcy Code, which considers comparable services performed in similar bankruptcy cases within the community.

## IV. RESERVATION OF RIGHT TO SUPPLEMENT AND CONCLUSION

15) Ahearn Jasco reserves the right to supplement the final fee application requesting awards for fees and costs that may have been inadvertently omitted.

Wherefore, Michael A. Borkowski, CPA and the accounting firm of Ahearn Jasco + Company, P.A., as accountants to the Chapter 7 Bankruptcy Trustee, request to be allowed final compensation in the amount of $3,385.00 and reimbursement of expenses in the amount of $149.43 for a total amount of $3,534.43 as part of the costs and expense of administering the estate.

Respectfully Submitted,

Ahearn Jasco + Company, P.A.
190 SE 19th Avenue
Pompano Beach, FL 33068
Telephone: (954) 781-8800

By: /s/ Michael A. Borkowski

Michael A. Borkowski, CPA
Michael.a.borkowski@ahearncpa.com

# EXHIBIT 1-A
## *Summary of Professional and Paraprofessional Time*
## *Total Per Individual*

| Name | Partner, Associate, or Paraprofessional | Year Licensed / No. of Years Worked | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Michael Borkowski II, CPA, CFE, CIRA | Supervisor | 2008 | 4.60 | 285.00 | 1,311.00 |
| Matthew Maged, CPA | Senior | 2011 | 10.80 | 185.00 | 1,998.00 |
| Jennifer Pixton | Paraprofessional | 10 years | 0.80 | 95.00 | 76.00 |
| Total | | | 16.20 | | $ 3,385.00 |
| Blended Hourly Rate | | | | | $ 208.95 |

# EXHIBIT 1-B
## *Summary of Professional and Paraprofessional Time*
## *Total Per Activity Code*

| Name | Rate | Time | Amount |
|---|---|---|---|
| **Activity Code - Fee/Employment Application** | | | |
| Borkowski II, Michael | 285 | 0.7 | 199.50 |
| Maged, Matthew | 185 | 1.0 | 185.00 |
| **Total - Fee/Employment Application** | | 1.7 | 384.50 |
| | | | |
| **Activity Code - Tax Issues** | | | |
| Borkowski II, Michael | 285 | 3.9 | 1,111.50 |
| Maged, Matthew | 185 | 9.8 | 1,813.00 |
| Pixton, Jennifer | 95 | 0.8 | 76.00 |
| **Total - Tax Issues** | | 14.5 | 3,000.50 |
| | | | |
| **Grand Total** | | 16.2 | 3,385.00 |

# EXHIBIT 2
## *Summary of Requested Reimbursement of Expenses for this Time Period Only*

|    | Description                                   |     |              | Amount    |
|----|-----------------------------------------------|-----|--------------|-----------|
| 1  | Filing Fees                                   |     |              | $ -       |
| 2  | Process Service Fees                          |     |              | $ -       |
| 3  | Witness Fees                                  |     |              | $ -       |
| 4  | Court Reporter Fees and Transcripts           |     |              | $ -       |
| 5  | Lien and Title Searches                       |     |              | $ -       |
| 6  | Photocopies                                   |     |              |           |
|    | a   In-house copies                           | 663 | @ $0.15/page | $ 99.45   |
|    | b   Outside copies                            |     | -            |           |
| 7  | Postage                                       |     |              | $ 49.98   |
| 8  | Overniight Delivery Charges                   |     |              | $ -       |
| 9  | Outside Courier/Messenger Services            |     |              | $ -       |
| 10 | Long Distance Telephone Charges               |     |              | $ -       |
| 11 | Long Distance Fax Transmissions               |     |              | $ -       |
| 12 | Computerized Research                         |     |              | $ -       |
| 13 | Out-of-Southern-District-of-Florida Travel    |     |              |           |
|    | a   Transportation                            |     |              | $ -       |
|    | b   Lodging                                   |     |              | $ -       |
|    | c   Meals                                     |     |              | $ -       |
| 14 | Other Permissable Expenses                    |     |              | $ -       |

**Total Expense Reimbursement Requested**                              $ 149.43

# EXHIBIT 3
## *Detailed Professional and Paraprofessional Time*
## *Chronological Order by Activity*

| Employee | Date | Description | Rate | Time | Amount |
|---|---|---|---|---|---|
| **Acitivty Code - Fee/Employment Application** | | | | | |
| Borkowski II, Michael | 03/19/14 | PREPARE AFFIDAVIT AND MOTION TO EMPLOY ACCOUNTANTS, CHECK CONFLICTS | 285 | 0.7 | 199.50 |
| Maged, Matthew | 05/29/14 | PREPARE FINAL FEE APPLICATION | 185 | 1.0 | 185.00 |
| **Total - Fee/Employment Application** | | | | 1.7 | 384.50 |
| **Activity Code - Tax Issues** | | | | | |
| Borkowski II, Michael | 3/19/2014 | ANALYZE 2008 AND 2009 TAX RETURNS BY DEBTOR, REVIEW MOTION TO COMPROMISE CONTROVERSY | 285 | 1.0 | 285.00 |
| Borkowski II, Michael | 4/8/2014 | PREPARE FORM 2848 - POWER OF ATTORNEY FOR TRUSTEE SIGNATURE | 285 | 0.2 | 57.00 |
| Borkowski II, Michael | 5/6/2014 | TELEPHONE CONFERENCE WITH IRS RE: PAST DUE TAX RETURNS | 285 | 0.5 | 142.50 |
| Maged, Matthew | 5/7/2014 | DISCUSSION WITH MIKE ON APPROACH TO FILING TAX RETURNS FOR CORPORATION FOR 2010-2013. REVIEW MOTION TO APPROVE COMPROMISE AND BACKGROUND INFO FOR CASE. | 185 | 1.0 | 185.00 |
| Maged, Matthew | 5/15/2014 | PREPARATION OF 2010 - 2012 FEDERAL AND FLORIDA CORPORATE RETURNS AS WELL AS ACCOUNTING RECORD TO REFLECT ACTIVITY FOR EACH YEAR TO INCLUDE SALE OF THE COMPANY ASSETS TO NEW LLC. PREPARE PROMPT DETERMINATION LETTERS FOR RETURNS | 185 | 3.6 | 666.00 |
| Maged, Matthew | 5/16/2014 | CONTINUE PREPARTION OF 2010 - 2013 FEDERAL AND FLORIDA TAX RETURNS. UPDATE EARLIER RETURNS FOR NOL CARRYOVERS. LOOK UP ADDRESS TO FILE FLORIDA RETURN WITH STATE. PEREPARE PROMPT DETERIMATION LETTERS FOR STATE RETURNS. PREPARE DISCLOSURE SCHEDULES | 185 | 5.2 | 962.00 |
| Borkowski II, Michael | 5/19/2014 | PREPARE ATTACHMENT AND DISCLOSURE TO TAX RETURN FOR 2010-2013 PERIODS, REVIEW PROMPT DETERMINATION LETTER | 285 | 0.8 | 228.00 |
| Borkowski II, Michael | 05/19/14 | FINAL REVIEW OF 2010, 2011, 2012, 2013 FEDERAL AND FLORIDA TAX RETURNS | 285 | 1.4 | 399.00 |
| Pixton, Jennifer | 05/20/14 | ASSEMBLY OF TAX RETURN IN PREPARATION OF SENDING TO TRUSTEE | 95 | 0.8 | 76.00 |
| **Total - Tax Issues** | | | | 14.5 | 3,000.50 |
| **Grand Total** | | | | 16.2 | 3,385.00 |

# CERTIFICATION

1. I have been designated by Ahearn Jasco + Company, P.A. as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement of the expenditures described in Exhibit 2, the Applicant is seeking reimbursement only for actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provision of the Guidelines, the date of each court order approving the variance, and the justification for the variance: NONE.

By: /s/ Michael A. Borkowski
Michael A. Borkowski, CPA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all registered users through the CM/ECF System on June 13, 2014 and by U.S. Mail to all other parties listed below on the 2nd day of June, 2014.

> Ahearn Jasco + Company, P.A.
> 190 SE 19th Avenue
> Pompano Beach, FL 33068
> Telephone: (954) 781-8800
>
> By: /s/ Michael A. Borkowski
>
> Michael A. Borkowski, CPA
> Michael.A.Borkowski@ahearncpa.com

## Via CM/ECF:

- Brett M Amron    bamron@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Morgan B. Edelboim    medelboim@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Joshua M Liszt    josh@thebankruptcygroupofflorida.com, bankfirstaide@aol.com;danielle@gllawcenter.com
- Nicole Testa Mehdipour    cm_ecf@mehdipourtrustee.com, FL80@ecfcbis.com;ntm@trustesolutions.net;bcasey@mehdipourtrustee.com;ksalamone@mehdipourtrustee.com;mdm@mehdipourtrustee.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lawrence E Pecan    lpecan@marshallgrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Label Matrix for local noticing
113C-9
Case 12-24321-PGH
Southern District of Florida
West Palm Beach
Thu May 29 14:51:04 EDT 2014

American Northwest Recovery Solutions Inc
Attn: Richard Hall, President
POB 8235
Nampa, ID 83652

International Business Development Services
c/o Marshall Socarras Grant, PL
197 S. Federal Hwy
Suite 300
Boca Raton, Fl 33432-4946

SH Distribution, Inc. f/k/a Safehands, Inc.
c/o Liszt & Associates, PA
1200 N. Federal Highway, Suite 200
Boca Raton, FL 33432-2813

ANRS
POB 9235
Nampa, ID 83652-9235

Action Brokerage Consultants
528 Northlake Boulevard
Suite 1032
Altamonte Springs, FL 32701-5226

Albert King
267 West Holly Creek Road
Dalton, GA 30721-5724

Andrew S. Goldwyn
4755 Technology Way, Suite 202
Boca Raton, FL 33431-3338

Arminak & Associates, Inc.
c/o Joel B Blumberg
200 Butler Street, Suite 307
West Palm Beach, FL 33407-6036

Betty Henley
1932 Rena Lane
Dalton, GA 30720

Buckingham, Doolittle & Burroughs, LLP
attn: Mark Skakun
4518 Fulton Drive, NW
PO Box 35548
Canton, OH 44735-5548

Cathy Amos
103 Foster Road
Dalton, GA 30720-5766

Causby Co
6563 Bayfront Drive
Pompano Beach, FL 33063-7089

Dan Sheehan
2310 Brenthaven Crossing Court
Lutz, FL 33558-4923

David King
137 Broad Street
sheville, NC 28801-1901

Draco
716 S Bon View Avenue
Ontario, CA 91761-1913

ECEG 1
117 West Crawford Street
Peachtree City, GA 30270-0001

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 6668
TALLAHASSEE, FL 32314-6668

GOJO Industries, Inc.
One GOJO Plaza
Suite 500
Akron, OH 44311-1085

Highside Investments, Inc.
c/o Dean Mead, PA
attn: Christopher R. D'Amico
800 North Magnolia Avenue, Suite 1500
Orlando, FL 32803-3276

Hydrox Laboratories
c/o Lee B. Gartner, Esq.
5561 University Drive, Suite 103
Pompano Beach, FL 33067-4652

International Business Development Serv.
c/o Dan Sheehan
2310 Brenthaven Crossing Court
Lutz, FL 33558-4923

International Business Development Services,
c/o Marshall Grant, PL
197 S. Federal Hwy Ste 300
Boca Raton, FL 33432-4946

Jay Reubens
958 Jeffery Street, Boca Raton, FL 33487

Jay Reubens
c/o Philip J. Landau, Esq.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

(c)JULES CRAWFORD
799 RIDGEHAVEN WAY
DALTON GA  30720-6393

Michael H. Johns
2708 Meadow Lake Dr., SW
Graysville, GA 30726

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Patricia Silvers
4562 Keith Road
Ringgold, GA 30736-4509

(c)PEGGY CAUSBY
799 RIDGEHAVEN WAY
DALTON GA  30720-6393

Procon Management Services, Inc.
4613 North University Drive, Suite 222
Pompano Beach, FL 33067-4602

Procon Management Services, Inc.
c/o Marshall Grant, P.L.
197 S. Federal Highway, Suite 300
Boca Raton, FL 33432-4946

(c)RANDY MOSTELLAR
682 RIDGEHAVEN WAY
DALTON GA  30720-6394

Ron Geguzys
50 Shoreline Circle
Sanford, FL 32771

Ron Macinnis
5019 Shoreline Circle
Sanford, FL 32771-7128

Safe Hands, LLC
c/o Jonathan Bloom, Esq.
2295 NW Corporate Blvd., Suite 117
Boca Raton, FL 33431-7330

Scott McKay
2055 Wood Street
Suite 120
Sarasota, FL 34237-7928

Sysco Central Florida, Inc
200 West Story Road
Ocoee, FL 34761-3004

Sysco Food Services - West Coast Florida, In
McKay Law Firm, P.A.
2055 Wood Street
Suite 120
Sarasota, FL 34237-7928

Sysco Food Services-West Coast FL Inc.
c/o McKay Law Firm, PA
attn Scott McKay
2055 Wood Street, Suite 120
Sarasota, FL 34237-7928

Sysco Portland
26250 Southwest Parkway Center Drive
Wilsonville, OR 97070-9606

Sysco Seattle
22820 54th Avenue
Kent, WA 98032-4898

Ted Poitras
c/o Dean Mead, PA
attn: Christopher R. D'Amico
800 North Magnolia Avenue, Suite 1500
Orlando, FL 32803-3276

US Foods
125 Fort Mill Parkway
Fort Mill, SC 29715-6460

United Fulfillment Solutions, Inc.
423 Bussen Undergroun Rd
Saint Louis, MO 63129-3868

United Visual Products
c/o Jason Rotzenberg
ICM Corp
500 W Oklahoma Avenue
Milwaukee, WI 53207-2649

Wayne King
308 Lake View Drive
Dalton, GA 30721-6517

Jay Reuben
c/o Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Joshua M Liszt
2701 Boca Raton Boulevard
Suite 107
Boca Raton, FL 33431-6707

Michael A. Borkowski
190 SE 19th Ave
Pompano Beach, FL 33060-7541

Nicole Testa Mehdipour
401 E Las Olas Blvd # 130-457
Ft Lauderdale, FL 33301-2210

Philip J Landau
2385 N.W. Executive Center Dr # 300
Boca Raton, FL 33431-8530

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jules Crawford
787 Redd Road
Dalton, GA 30720

Peggy Causby
787 Redd Road
Dalton, GA 30720

Randy Mostellar
789 Reed Road
Dalton, GA 30720

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ProCon Managment Services<br>Marshall Grant, PL<br>197 S. Federal Highway, Suite 300<br>Boca Raton | (u)West Palm Beach | End of Label Matrix<br>Mailable recipients 51<br>Bypassed recipients 2<br>Total 53 |